## FRANKLIN LAWRY *vs.* WELDON E. RAMSEY.

Penobscot County. Decided June 19, 1912. An action of trespass to recover damages for assault and battery. The jury found for defendant. A careful examination of evidence, which was con-

flicting, does not, in the opinion of the court warrant disturbance of the verdict. Motion for new trial denied. *L. B. Waldron, B. W. Blanchard,* for plaintiff. *P. H. Gillin,* for defendant.